**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Phoenix of Tennessee, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-1184164** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**1001 West Kirkland Avenue
Nashville, TN 37216**
Number, Street, City, State & ZIP Code

**Davidson**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **phoenixoftn.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __2371__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

## ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 7, 2017**
         MM / DD / YYYY

**X /s/ Kyle D. Waites**                      **Kyle D. Waites**
Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ R. Alex Payne**          Date   **September 7, 2017**
Signature of attorney for debtor                   MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand, PLLC**
Firm name

**1704 Charlotte Avenue**
**Suite 105**
**Nashville, TN 37203**
Number, Street, City, State & ZIP Code

Contact phone   **615.921.8684**      Email address   **ecf@dhnashville.com**

Bar number and State

| Debtor name | **Phoenix of Tennessee, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Air Equipment Rental Corp. 9400 LeSaint Drive Fairfield, OH 45014** | | **Equipment Rental** | | | | **$40,431.00** |
| **American Associates, LLC P.O. Box 213 Lenore, WV 25676** | | **Trade Debt - Subcontractor** | | | | **$36,996.00** |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | | **Credit Card** | | | | **$18,048.00** |
| **Arizona Hi-Lift 830 S. 23rd Avenue Phoenix, AZ 85009** | | **Trade Debt** | | | | **$82,668.00** |
| **Bank of America P.O. Box 15019 Wilmington, DE 19886-5019** | | **Credit Card** | | | | **$26,238.00** |
| **Better Metal 6776 Old Nashville Highway Murfreesboro, TN 37129** | | **Trade Debt - Supplies** | | | | **$20,579.00** |
| **Delage Landen Financial, Inc. P.O. Box 41602 Philadelphia, PA 19101-1602** | | **Equipment Rental** | **Unliquidated Disputed** | | | **$514,136.81** |
| **First Tennessee Bankcard Center P.O. Box 1545 Memphis, TN 38101-1545** | | **Payment Cards** | | | | **$142,889.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Global Rental Co, Inc.** **33 Inverness Center Parkway** **Suite 250** **Birmingham, AL 35242** | | **Equipment Rental** | | | | $17,969.00 |
| **Internal Revenue Service Centralized Insolvency Operation Post Office Box 7346 Philadelphia, PA 19101-7346** | | **Tax Debt - 941 Payments** | | | | $67,753.72 |
| **Mark Keppler Landscaping, Inc.** **844 Calico Drive Chapel Hill, NC 27516** | | **Trade Debt - Subcontractor** | | | | $76,009.00 |
| **Mellott Trucking & Supply Co.** **405 Jones Ferry Rd. Carrboro, NC 27510** | | **Trade Debt - Supplies** | | | | $18,913.00 |
| **Newave Tower Components, LLC 10910 Portland Road NE Salem, OR 97305** | | **Trade Debt - Supplies** | | | | $26,523.00 |
| **Onsite Construction Services 1354 Hillcrest Road Dickson, TN 37055** | | **Trade Debt - Subcontractor** | | | | $61,139.00 |
| **Pinnacle Bank 150 3rd Avenue South Suite 900 Nashville, TN 37201** | | **Debt Reduction** | | | | $32,778.00 |
| **Robco Fence and Deck 1521 Gavin Street Raleigh, NC 27608** | | **Trade Debt - Subcontractor** | | | | $19,913.00 |
| **Teletrac 32472 Collection Center Drive Chicago, IL 60693-0324** | | **Equipment Rental** | | | | $29,626.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tessco Technologies Incorporated 11126 McCormick Road Hunt Valley, MD 21031** | | **Trade Debt - Supplies** | | | | **$26,136.00** |
| **The Ironsides Group 3031 Grand Avenue #193 Billings, MT 59102** | | **Trade Debt - Subcontractor** | | | | **$175,460.00** |
| **United Rentals (North America), Inc. P.O. Box 100711 Atlanta, GA 30384-0711** | | **Trade Debt** | | | | **$21,061.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Phoenix of Tennessee, Inc.**            Case No. _____

                         Debtor(s)        Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Kyle Waites**<br>**1499 Boardwalk Place**<br>**Gallatin, TN 37066** | | **1** | **100% Owner** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September 7, 2017**                  Signature    **/s/ Kyle D. Waites**

                                                         **Kyle D. Waites**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

PHOENIX OF TENNESSEE, INC.
1001 WEST KIRKLAND AVENUE
NASHVILLE TN 37216

R. ALEX PAYNE
DUNHAM HILDEBRAND, PLLC
1704 CHARLOTTE AVENUE
SUITE 105
NASHVILLE, TN 37203

10075 E. INNISWOLD ROAD, LLC
1001 W KIRKLAND AVE
NASHVILLE TN 37216-3019

3 TEK WIRELESS
1465 S. 1200 WEST
SUITE 1
OGDEN UT 84404

A&B CONCRETE & CORING
20975 PLANK ROAD
ZACHARY LA 70791

ACCESS PAVING AND CONSTRUCTION
P.O. BOX 52691
DURHAM NC 27707

ADDISON UNDERGROUND UTILITIES
8002 LINCOLN AVENUE
EVANSVILLE IN 47715

ADT SECURITY
P.O. BOX 371878
PITTSBURGH PA 15250

ADVANCE AUTO PARTS
AAP FINANCIAL SERVICES
P.O. BOX 742063
ATLANTA GA 30374-2063

AFLAC
1932 WYNNTON ROAD
COLUMBUS GA 31999

AIR EQUIPMENT RENTAL CORP.
9400 LESAINT DRIVE
FAIRFIELD OH 45014

ALLDATA
9650 WEST TARON DRIVE, SUITE 100
ELK GROVE CA 95757

AMERICAN ASSOCIATES, LLC
P.O. BOX 213
LENORE WV 25676

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

AMERICAN FARMS
208 WILLIAMSBURG CIRCLE
BRENTWOOD TN 37027

AMERICAN INTERSTATE INSURANCE
P.O. DRAWER 732643
DALLAS TX 75373

AMERIGAS PROPANE
1010 HARDISON STREET
NASHVILLE TN 37204

APPALACHIAN TREE & CRANE, INC.
173 SLOAN ROAD
FRANKLIN NC 28734

ARAMARK REFRESHMENT SERVICES
1893 ELM TREE DRIVE
NASHVILLE TN 37210

ARIZONA HI-LIFT
830 S. 23RD AVENUE
PHOENIX AZ 85009

B.G. JONES & COMPANY
311 S. ROYAL OAKS BLVD., SUITE 110A
FRANKLIN TN 37064

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

BARTON H. GOODE
1355 PEACHTREE STREET NE, SUITE 1000
ATLANTA GA 30309

BETTER METAL
6776 OLD NASHVILLE HIGHWAY
MURFREESBORO TN 37129

BOBCAT OF NASHVILLE
149 INDUSTRIAL BOULEVARD
LA VERGNE TN 37086

BRADLEY ARANT BOULT CUMMINGS
P.O. BOX 340025
NASHVILLE TN 37203

BRANDON L. MOORE
2 PARKWOOD CIRCLE
ROME GA 30161

BRIDGESTONE HORSEPOWER, LLC
P.O. BOX 861777
ORLANDO FL 32886-1777

BURFORD'S TREE, INC.
4229 CHOCTAW TRAIL
ANNISTON AL 36206

BURROW & CRAVENS, PC
1700 HAYES STREET
SUITE 202
NASHVILLE TN 37203

CARE SUPPLY CO.
888 ELM HILL PIKE
NASHVILLE TN 37210

CHARLES W. COOK, III
ADAMS AND REESE LLP
424 CHURCH STREET, SUITE 2700
NASHVILLE TN 37219

CHEROKEE FORD OF WOODSTOCK
P.O. BOX 2309
WOODSTOCK GA 30188

COBB WATER
P.O. BOX 580440
CHARLOTTE NC 28258-0440

COLT MORRIS
6557 MEADOW LAKE DRIVE
STEELEVILLE IL 62288

COLVIN'S, INC.
185 PROSPECT STREET
WALTHAM MA 02453-3434

COMCAST
P.O. BOX 530098
ATLANTA GA 30353-0098

CRANE WORKS, INC.
P.O. BOX 336
BIRMINGHAM AL 35202

DELAGE LANDEN FINANCIAL, INC.
P.O. BOX 41602
PHILADELPHIA PA 19101-1602

DIRTY DEEDS TRUCKING, INC.
161 WEST PUTNAM FERRY RD.
WOODSTOCK GA 30189

```
DITCH WITCH OF TN
140 CHARTER PLACE
LA VERGNE TN 37086

DONALDSON & BROWN CPAS, PLLC
527 RIVERGATE PARKWAY
GOODLETTSVILLE TN 37072

ELECTRO RENT CORPORATION
1770 CORPORATE DRIVE, SUITE 550
NORCROSS GA 30093

ENGINEERED TOWER SOLUTIONS
2624 LEIGHTON RIDGE DR.
SUITE 100
WAKE FOREST NC 27587

EQUIPMENT FINDERS
501 DAVIDSON STREET
NASHVILLE TN 37213

EUPEN CABLE US
5181 110TH AVENUE NORTH
UNIT D
CLEARWATER FL 33764

EVALINA CHEADLE
144 SECOND AVENUE  NORTH, SUITE 200
NASHVILLE TN 37201

FEDEX
PO BOX 660481
DALLAS TX 75266-0481

FIREBIRD TOWERS, LLC
1100 TUCKAHOE DR.
NASHVILLE TN 37207

FIRST TENNESSEE BANKCARD CENTER
P.O. BOX 1545
MEMPHIS TN 38101-1545

FORD MOTOR CREDIT COMPANY
P.O. BOX 689007
FRANKLIN TN 37068-9007

FORTRESS FENCING, LLC
P.O. BOX 1377
CARRBORO NC 27510

G&G ELECTRIC SERVICE, INC.
P.O. BOX 9230
WINTER HAVEN FL 33883
```

GATEWAY TIRE AND SERVICE CENTER
530 MYATT DRIVE
MADISON TN 37115

GEN3 ENERGY SERVICES, LLC
P.O. BOX 16086
GREENSBORO NC 27416

GEORGIA UNDERGROUND
5158 G KENNEDY ROAD
FOREST PARK GA 30297

GHL SERVICES, INC.
8912 CEDAR SPRING DRIVE
COLFAX NC 27235

GLOBAL RENTAL CO, INC.
33 INVERNESS CENTER PARKWAY
SUITE 250
BIRMINGHAM AL 35242

GLOBAL TOWER, LLC
2503 SCENIC DRIVE
HUNTSVILLE AL 35801

GPD GROUP
520 SOUTH MAIN STREET
SUITE 2531
AKRON OH 44311

GRAYBAR ELECTRIC COMPANY
P.O. BOX 403052
ATLANTA GA 30384-3052

GREGORY POOLE
4807 BERYL ROAD
RALEIGH NC 27606

GRUBER INDUSTRIES INC.
21439 N. 2ND AVENUE
PHOENIX AZ 85027

GST INTERNATIONAL, INC.
994 PACKER WAY
SPARKS NV 89431

HALL STRATEGIES, LLC
217 FIFTH AVENUE NORTH, SUITE 200
NASHVILLE TN 37219

HARRIS ELECTRIC SUPPLY
BORDER STATES ELECTRIC SUPPLY
P.O. BOX 306079
NASHVILLE TN 37230

HERC RENTALS, INC.
P.O. BOX 650280
DALLAS TX 75268

IGCS INTERNATIONAL
12502 DUCKS LANDING
FRISCO TX 75003

INDEPENDENT ELECTRIC SUPPLY
4707 E BASELINE RD.
SUITE 150
PHOENIX AZ 85042-6430

INTEGRATED TOWER SYSTEMS
2703 DAWSON ROAD
TULSA OK 74110-5033

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

J&D EQUIPMENT HAULING
3470 W RICHMOND SHOP RD.
LEBANON TN 37090

JARDINE, LLC
1001 W KIRKLAND AVE
NASHVILLE TN 37216-3019

JARRETT BUILDERS, INC.
1106 LEBANON PIKE
NASHVILLE TN 37210

JOLINE WAITES
1499 BOARDWALK PLACE
GALLATIN TN 37066

JOSEPH D. PERROTA
DODSON & ASSOCIATES
1000 WINDWARD CONCOURSE, SUITE 210
ALPHARETTA GA 30005

JOSEPH W. FUSON
2126 21ST AVENUE SOUTH
NASHVILLE TN 37212

JOSHUA D. MOONEYHAN
125 PLEASANT HILL DRIVE
HIALEAH FL 33018

KENNEDY FABRICATING
P.O. BOX 1357
SPLENDORA TX 77372

KENWOOD TELECOM
3431 NOVIS POINTE
ACWORTH GA 30101

KIRKLAND AVE., LLC
1001 W KIRKLAND AVE
NASHVILLE TN 37216-3019

KIRKLAND AVENUE, LLC
1001 W. KIRKLAND AVENUE
NASHVILLE TN 37216

KYLE WAITES
1499 BOARDWALK PLACE
GALLATIN TN 37066

LEAF CAPITAL FUNDING, LLC
2005 MARKET STREET, 14TH FLOOR
PHILADELPHIA PA 19103

LEVI PROPERTIES, LLC
1001 W KIRKLAND AVE
NASHVILLE TN 37216-3019

LEWELLEN QUALITY SERVICES
7907 NAPAWOOD CT.
HOUSTON TX 77088

MARK KEPPLER LANDSCAPING, INC.
844 CALICO DRIVE
CHAPEL HILL NC 27516

MAULDIN & COOK
4985 DEEN ROAD
MARIETTA GA 30066

MAXIM CRANE
840 LICKING PIKE
WILDER KY 41076

MCRAY CRANE
P.O. BOX 1578
PEARLAND TX 77588

MELLOTT TRUCKING & SUPPLY CO.
405 JONES FERRY RD.
CARRBORO NC 27510

MERCHANTS BANK EQUIPMENT FINANCE
P.O. BOX 228
WINONA MN 55987

MID-STATE MOBILE CONCRETE, INC.
219 CLIFFDALE ROAD
NASHVILLE TN 37214

MIDSOUTH UTILITY GROUP, INC.
P.O. BOX 2849
LEBANON TN 37088

MILLENNIUM
120 S. WRIGHT ST.
DELAVAN WI 53115

MOUNTAIN STATE WASTE
P.O. BOX 386
WESTON WV 26452

NASHVILLE CHRYSLER DODGE JEEP
5800 CROSSINGS BOULEVARD
ANTIOCH TN 37013

NASHVILLE ELECTRIC SERVICE
1214 CHURCH STREET
NASHVILLE TN 37246-0003

NATHAN D. ADLER
ONE SOUTH STREET, 27TH FLOOR
BALTIMORE MD 21202

NATIONAL TIRE & BATTERY
P.O. BOX 205245
DALLAS TX 75320

NEFF RENTALS, INC.
P.O. BOX 405138
ATLANTA GA 30384

NEWAVE TOWER COMPONENTS, LLC
10910 PORTLAND ROAD NE
SALEM OR 97305

ONSITE CONSTRUCTION SERVICES
1354 HILLCREST ROAD
DICKSON TN 37055

ORKIN
1007 MANSELL ROAD, SUITE E
ROSWELL GA 30076

PAUL J. FORD & COMPANY
250 E. BROAD ST.
SUITE 600
COLUMBUS OH 43215

PINNACLE BANK
150 3RD AVENUE SOUTH
SUITE 900
NASHVILLE TN 37201

PLC TRAFFIC CONTROL
4024 HUNTINGTON DRIVE
COOKEVILLE TN 38501

PROMEAR COMMUNICATIONS
1800 WALKER FIELD ROAD
MUNFORD TN 38058

PROTECTION ONE ALARM MONITORING
P.O. BOX 219044
KANSAS CITY MO 64121-9044

PYE BARKER FIRE & SAFETY, INC.
701 2ND AVE. NORTH
NASHVILLE TN 37201

RAUCH-MILIKEN INTERNATIONAL, INC.
P.O. BOX 8390
METAIRIE LA 70011-8390

RJ YOUNG COMPANY, INC.
P.O. BOX 415000
NASHVILLE TN 37241

ROBCO FENCE AND DECK
1521 GAVIN STREET
RALEIGH NC 27608

SAFELIGHT AUTOGLASS
P.O. BOX 633197
CINCINNATI OH 45263-3197

SHEFFIELD FINANCIAL
P.O. BOX 580229
CHARLOTTE NC 28258-0229

SHRED-IT USA
P.O. BOX 13574
NEW YORK NY 10087-3574

SHUMATE MECHANICAL
2805 PREMIERE PARKWAY
DULUTH GA 30097

SOUTHWEST BARRICADES
2115 W. MELINDA LANE
PHOENIX AZ 85027

SPRINT
P.O. BOX 4181
CAROL STREAM IL 60197

SR ELECTRIC, LLC
132 HANGING MOSS LANE
MADISON MS 39110

SSOE GROUP
320 SEVEN SPRINGS WAY
SUITE 350
BRENTWOOD TN 37027

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA GA 30384-9211

SUNSTATE EQUIPMENT CO.
P.O. BOX 52581
PHOENIX AZ 85072-2581

T-MOBILE
P.O. BOX 742596
CINCINNATI OH 45274-2596

TALLEY COMMUNICATIONS
P.O. BOX 511390
LOS ANGELES CA 90051-7945

TECHNICAL CONSTRUCTION, LLC
P.O. BOX 58
LOUISVILLE TN 37777

TELETRAC
32472 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0324

TENNESSEE VALLEY EX.
3807 DICKERSON RD
NASHVILLE TN 37207

TERRACON
P.O. BOX 959673
SAINT LOUIS MO 63195-9673

TES, INC.
10909 MURDOCK DRIVE
KNOXVILLE TN 37932

TESSCO TECHNOLOGIES INCORPORATED
11126 MCCORMICK ROAD
HUNT VALLEY MD 21031

THE BAILEY COMPANY
508 COWAN STREET
NASHVILLE TN 37228

THE IRONSIDES GROUP
3031 GRAND AVENUE
#193
BILLINGS MT 59102

THOMPSON MACHINERY
P.O. BOX 535496
ATLANTA GA 30353-5496

TORTOLA ADVISORS, LLC
500 CHURCH STREET
SUITE 600
NASHVILLE TN 37219

TREMCO ROOFING
3735 GREEN ROAD
BEACHWOOD OH 44122

TRS RENTELCO
P.O. BOX 619260
DALLAS TX 75261

U.S. PULL TEST
2713 GEORGETTE PLACE
SIMI VALLEY CA 93063

UNDERGROUND KINGS DRILLING, LLC
10927 TWELVE OAKS CT.
HAMPTON GA 30228

UNITED RENTALS (NORTH AMERICA), INC.
P.O. BOX 100711
ATLANTA GA 30384-0711

VALMONT SITE PRO
7239 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

VERIZON WIRELESS
P.O. BOX 660108
DALLAS TX 75266-0108

VERMEER
1600 HEIL QUAKER BOULEVARD
LA VERGNE TN 37086

W.D. WRIGHT CONTRACTING, INC.
134 GLENDALE ROAD
BEAVER FALLS PA 15010

WALKER ENGINEERING
8451 DUNWOODY PLACE
BUILDING 8
SANDY SPRINGS GA 30350

WASCO, INC.
1122 2ND AVENUE N
SUITE B
NASHVILLE TN 37208

WEATHERPROOFING TECHNOLOGIES
3735 GREEN ROAD
BEACHWOOD OH 44122

WELLS FARGO VENDOR FINANCE SE
P.O. BOX 105743
ATLANTA GA 30348

WIGGIN AND DANA, LLP ATTN: WM. PERRONE
TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD CT 06901-3284

WILLIAMS WHOLESALE SUPPLY OF NASHVILLE
831A COWAN STREET
NASHVILLE TN 37207

WILLIS OF TENNESSEE, INC.
29982 NETWORK PLACE
CHICAGO IL 60673

YANCEY CAT RENTAL
P.O. BOX 741336
ATLANTA GA 30374-1336

ZL SQUARED, LLC
6903 E. PARKWAY NORTE
MESA AZ 85212

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Phoenix of Tennessee, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Phoenix of Tennessee, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 7, 2017**

Date

**/s/ R. Alex Payne**

**R. Alex Payne**

Signature of Attorney or Litigant

Counsel for    **Phoenix of Tennessee, Inc.**

**Dunham Hildebrand, PLLC**
**1704 Charlotte Avenue**
**Suite 105**
**Nashville, TN 37203**
**615.921.8684 Fax:615.777.3765**
**ecf@dhnashville.com**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Tennessee

In re    **Phoenix of Tennessee, Inc.**                        Case No.

                                              Debtor(s)        Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kyle D. Waites, declare under penalty of perjury that I am the President and Sole Owner of Phoenix of Tennessee, Inc., and that the following is a true and correct copy of the resolutions adopted by said corporation at a special meeting duly called and held on the 7th day of September, 2017.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kyle D. Waites, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Kyle D. Waites, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kyle D. Waites, President of this Corporation is authorized and directed to employ Griffin S. Dunham and R. Alex Payne, attorneys and the law firm of Dunham Hildebrand, PLLC to represent the corporation in such bankruptcy case."

Date    **September 7, 2017**                        Signed    **/s/ Kyle D. Waites**

                                                              **Kyle D. Waites**

**Resolution of Phoenix of Tennessee, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kyle D. Waites, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Kyle D. Waites, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kyle D. Waites, President of this Corporation is authorized and directed to employ Griffin S. Dunham and R. Alex Payne, attorneys and the law firm of Dunham Hildebrand, PLLC to represent the corporation in such bankruptcy case.

Date  **September  7, 2017**

Signed: /s/ Kyle D. Waites

President, Phoenix of Tennessee, Inc.

Date  **September  7, 2017**

Signed: /s/ Joline Waites

Secretary, Phoenix of Tennessee, Inc.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy